FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 SEP 20  A 10: 39

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



### BILL OF INFORMATION FOR FALSE STATEMENTS OR REPRESENTATIONS
### MADE TO A DEPARTMENT OR AGENCY OF THE UNITED STATES

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 18 - 199** |
| **v.** | * | **SECTION:** SECT. E MAG. 5 |
| **JEFFERY B. MONTALBANO** | * | **VIOLATION: 18 U.S.C. § 1001(a)(2)** |
| | * | |
| | * | |
| * | *  * | |

The United States Attorney charges that:

### COUNT 1

On or about January 23, 2018, at 3601 Highway 190, Mandeville, Louisiana, in the Eastern

District of Louisiana, the defendant, **JEFFERY B. MONTALBANO**, did willfully and

knowingly make a materially false, fictitious, and fraudulent statement and representation in a

matter within the jurisdiction of the executive branch of the Government of the United States, by

stating to a Special Agent with the Federal Bureau of Investigation that neither he, nor an associate

(Person 1), had ever received money from a particular individual (Defendant A), and that he had

no idea federal agents visited the Office of the District Attorney for the 22nd Judicial District to

Fee____ US/t
Process____
Dktd____
CtRmDep____
Doc. No.____

investigate whether **MONTALBANO** had received money from Defendant A. The statements and representations were false because, as **MONTALBANO** then and there knew, in November and December 2013, Person 1 received payments from Defendant A, half of which he then gave to **MONTALBANO,** and that Special Agents with the Federal Bureau of Investigation visited the Office of the District Attorney for the 22nd Judicial District on about October 8, 2015, to investigate **MONTALBANO'S** conduct during the prosecution of Defendant A.

All in violation of Title 18, United States Code, Section 1001(a)(2).

PETER G. STRASSER
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
September 20, 2018

No. _____

# United States District Court

## FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

JEFFERY B. MONTALBANO

BILL OF INFORMATION FOR FALSE
STATEMENTS OR REPRESENTATIONS
MADE TO A DEPARTMENT
OR AGENCY OF THE UNITED STATES

Violation(s):      18 U.S.C. § 1001(a)(2)

_____

*Filed* _____, 20 18 _____

_____, *Clerk.*

*By* _____, *Deputy*

_____
*Assistant United States Attorney*
JORDAN GINSBERG